Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TANYA WHITESIDE, Individually<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE PLAZA LLC, a New Jersey Limited Liability Company,<br><br>Defendants. | Case No. 2:14-cv-03062-SRC-CLW<br><br>**PLAINTIFF'S MOTION TO ADMIT COUNSEL PRO HAC VICE** |

In accordance with Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey that governs the admission and practice of attorneys in said District Court, the undersigned respectfully move for the admission of John P. Fuller, Esq., 12000 Biscayne Boulevard, Suite 502, North Miami, Florida 33181, (305) 891-5199, jpf@fullerfuller.com, for the purposes of appearing as counsel on behalf of Plaintiff, Tanya Whiteside, herein, in the above-styled only;

John P. Fuller certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of The Florida Bar, U.S. District Courts for the Southern, Middle and Northern Districts of Florida, The Northern and Southern Districts of Texas, the Northern District of Illinois, and the United States Court of Appeals of the 5th Circuit and the 11th Circuit. A Certificate of Good Standing from the Supreme Court of Florida is attached hereto as <u>Exhibit</u> "A." His Florida bar no. is 0276847. Mr. Fuller is a partner with the Fuller, Fuller & Associates,

P.A. and has been a member of the Florida Bar for over twenty (20) years. An Affidavit of John P. Fuller in support of this Motion to admit counsel pro hac vice is attached hereto as <u>Exhibit</u> "B."

In further support of this motion, it is hereby designated that Alan R. Ackerman is a member of the Bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the undersigned acts as a local counsel in this matter on behalf of the Plaintiff.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Respectfully submitted,

Dated: July 30, 2014

Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East
Parsippany, NJ 07054
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
araesq@att.net

By: _____
Alan R. Ackerman, Esq. (AA9730)

2