UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TANYA WHITESIDE, Individually<br><br>           Plaintiff,<br><br>v.<br><br>EMPIRE PLAZA, LLC, a New Jersey Limited Liability Company,<br><br>           Defendants. | Case No. 2:14-cv-03062-SRC-CLW<br><br>**AFFIDAVIT OF JOHN P. FULLER** |

State of Florida       }
                                    SS:
County of Miami-Dade }

JOHN P. FULLER, being duly sworn, hereby deposes and says as follows:

A. I am a partner with the law firm of Fuller, Fuller & Associates, P.A.

B. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

C. The client has request to be represented by said attorney.

D. As shown in the Certificate of Good Standing, annexed as Exhibit A to the accompanying Motion, I am a member in good standing of the bar of the State of Florida.

E. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

F. I am a member in good standing of the following bars:

The Florida Bar, Admitted 1979
651 E. Jefferson St.
Tallahassee, FL 32399-2300
Membership, Tel. (850) 561-5600

The Florida Supreme Court, Admitted 1979
500 Duval St.
Tallahassee, FL 32339-1927
Clerk's Office, Tel. (850) 488-0125

# EXHIBIT "B"

Southern District of Florida, Admitted 1979
400 N. Miami Ave., 8th FL Miami, FL
33128
Attorney Admissions, Tel. (305) 523-5265

Middle District of Florida, Admitted 2001
300 N. Hogan St. Jacksonville, FL
32202
Attorney Admissions Clerk, Tel. (904) 549-1900

Northern District of Florida, Admitted 2003
111 N. Adams St., Ste. 322
Tallahassee, FL 32301
Attorney Admissions Clerk, Tel. (850) 521-3531

Northern District of Texas, Admitted 2005
1100 Commerce St., Rm 1452
Dallas, TX 75242
Attorney Admissions Clerk, Tel. (214) 753-2190

Southern District of Texas, Admitted 2005
P.O. Box 61010
Houston, TX 77208
Attorney Admissions, Tel. (713) 250-5500

Northern District of Illinois, Admitted 2007 (General Bar)
219 S. Dearborn St., Rm 2050
Chicago, IL 60604
Attorney Admissions, Tel. (312) 435-5771

U.S. Court of Appeals, Eleventh Circuit, Admitted 1979
56 Forsyth St., N.W. Atlanta, GA
30303
Attorney Admissions Clerk, Tel. (404) 335-6122

U.S. Court of Appeals, Fifth Circuit, Admitted 1981
500 S. Maestri Place
New Orleans, LA 70130
Attorney Admissions Renewal Clerk, Tel. (504) 310-7700

G. I will submit to this Court's jurisdiction for discipline.

H. I shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

I.     I shall pay the clerk's fee of $150.00, pursuant to Local Rule 101.1(c)(3), and shall abide by Local Rule 101.1(c), and the Rules of this Court.

J.     Wherefore, this Affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

Respectfully submitted,

John P. Fuller, Esq. (FL Bar No. 0276847)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. (305) 891-5199
Fax (305) 893-9505
JPF@fullerfuller.com

Dated: May 23, 2014.

SWORN TO AND SUBSCRIBED before me this 23rd day of May 2014, by John P. Fuller, who is personally known to me and who did not take an oath.

Notary Public Florida at Large



ALICIA S. LAMAR-HEPBURN
Commission # DD 988275
Expires June 11, 2014
Bonded Thru Troy Fain Insurance 800-385-7019