UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TANYA WHITESIDE, Individually, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> EMPIRE PLAZA LLC, a New Jersey Limited : <br> Liability Company, : <br> : <br> Defendant. : <br> _____/ | Case No. 2:14-cv-03062-SRC-CLW |

## AFFIDAVIT OF ALAN R. ACKERMAN IN SUPPORT OF PLAINTIFF'S APPLICATION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW JERSEY   )

COUNTY OF MORRIS     )

Before me personally appeared Alan R. Ackerman, who under oath deposes and states:

1. I am a member in good standing of the New Jersey Bar.

2. This affidavit is given in support of the application of John P. Fuller to be admitted pro hac vice in the above styled cause.

3. I, Alan R. Ackerman, as counsel of record in this matter, am responsible for the conduct of the pro hac vice attorney.

4. I will ensure that the pro hac vice attorney will comply with Local Rule 101.1(c).

5. This affidavit certifies that both the affiant, as local counsel, and pro hac vice counsel, will comply with all of the requirements of the rules of this Court including the rule regarding the local counsel to sign and file all papers, enter appearances for parties, sign stipulations, etc.

By: _____
Alan R. Ackerman, Esquire (AA9730)
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East
Parsippany, NJ 07054
Tel. (973) 898-1177
araesq@alanackermanlaw.com

SWORN AND SUBSCRIBED before me, by ALAN R. ACKERMAN, who is known to me, and who acknowledged to and before me that he executed the foregoing instrument for the purposes contained therein and that the facts alleged therein are true to the best of his knowledge and belief.

WITNESS my hand and seal, in the County and State aforesaid, this 30th day of July, 2014.

_____
NOTARY PUBLIC
State of New Jersey at Large

SHAYDAH TRONCONE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 23, 2018