## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2014 I electronically filed Plaintiff's Motion to Admit Counsel Pro Hac Vice (with supporting Exhibits), Affidavit of Alan R. Ackerman, Esq. and proposed form of Order using the CM/ECF system.   I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system**.**

                         By:    /s/ Alan R. Ackerman
                                 Alan R. Ackerman, Esq. (AA9730)

                               **LAW OFFICES OF ALAN R. ACKERMAN**
                               Attorney for Plaintiff
                               1719 Route 10 East, Suite 106
                               Parsippany, NJ 07054
                               (973) 898-1177 - Telephone
                               (973) 898-1230 - Facsimile